# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIGITTE NELSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACRE MORTGAGE & FINANCIAL, INC., et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 3:17-cv-01050<br><br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this **26th** day of January, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the plaintiff's *pro se* motion to stay this action (Doc. 103) is **DENIED**.

*[signature]*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge