UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIGITTE NELSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ACRE MORTGAGE & FINANCIAL, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:17-cv-01050<br><br>(SAPORITO, C.M.J.) |

## ORDER

AND NOW, this 19th day of April, 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the plaintiff's objections to the clerk's taxation of costs (Doc. 235) are **OVERRULED** in their entirety, and the clerk's taxation of costs (Doc. 234) is **AFFIRMED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
Chief United States Magistrate Judge